# Third District Court of Appeal

**State of Florida**

Opinion filed May 25, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-1208
Lower Tribunal Nos. 11-32428, 12-26240
_____

**Shedrick Rolle,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jorge Rodriguez-Chomat, Judge.

Carlos J. Martinez, Public Defender, and Shannon Hemmendinger, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Arlisa Certain, Assistant Attorney General, for appellee.

Before ROTHENBERG, EMAS and LOGUE, JJ.

PER CURIAM.

We affirm the defendant's revocation of the defendant's probation, but remand for the entry of a written order of revocation of probation consistent with the trial court's oral ruling.

Affirmed.